## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL.<br><br>        Plaintiffs,<br><br>v.<br><br>PLATFORMS, LLC d/b/a DRINK; THOMAS BALDWIN and ANNA GRIFFITH,<br>each individually,<br><br>        Defendants. | CIVIL ACTION NO. 4:05-cv-545<br><br>Judge James E. Gritzner<br><br>Magistrate Celeste F. Bremer |

### **STIPULATION OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the parties' Settlement Agreement, Plaintiffs Broadcast Music, Inc., *et al.*, hereby stipulate to dismissal, with prejudice, of all of their claims asserted against Defendants Platforms, LLC d/b/a Drink and Thomas Baldwin and Anna Griffith in this action. The parties agree that the Court shall maintain continuing jurisdiction over the parties with respect to the parties' Settlement Agreement. In addition, each party agrees to bear its own costs, expenses, and attorneys' fees.

                                                      BROADCAST MUSIC, INC. for itself and
                                                      its co-Plaintiffs

Dated: June 16, 2006                /s/ Jeffrey D. Harty
                                                      Jeffrey D. Harty, EsqMcKee, Voorhees & Sease
                                                        801 Grand Avenue, Suite 3200
                                                        Des Moines, Iowa 50309
                                                        Phone: 515-288-3667
                                                        Fax: 515-288-1338
                                                        Email: harty@ipmvs.com
                                                        Email:  mvslit@ipmvs.com

                                                        *ATTORNEY FOR PLAINTIFFS*

Dated:  June 16, 2006  PLATFORMS, LLC d/b/a DRINK
and THOMAS BALDWIN and ANNA GRIFFITH


/s/Mark Schultheis
Mark Schultheis, Esq.
Nyemaster, Goode, West, Hansell & O'Brien
700 Walnut, Suite 1600
Des Moines, IA  50309
Phone:  515-283-3100
Fax:  515-283-3108
Email:  maschulteis@nyemaster.com

*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 16, 2006, the foregoing instrument was served upon the following non-ECF participants via:

☒ 1st Class U.S. Mail ☐ Federal Express ☐ Facsimile
☐ Hand Delivery ☒ Email (.pdf) ☐ Other _____

Mark Schultheis, Esq.
Nyemaster, Goode, West, Hansell & O'Brien
700 Walnut, Suite 1600
Des Moines, IA  50309
Phone:  515-283-3100
Fax:  515-283-3108
Email:  maschulteis@nyemaster.com

             /s/ Jeffrey D. Harty